**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6336**

SHAHEEN CABBAGESTALK,

Plaintiff - Appellant,

v.

SERGEANT S. TERRY; SERGEANT COTTER,

Defendants - Appellees,

and

GWEN T. HYATT; DHO MS. GLIDEWELL; ASSOCIATE WARDEN MR. LEWIS; IGC MS. CULBREATH; IGC MS. HOLMES; MAJOR FRANK MUSIER; MR. J. MICHAEL BAXLEY; ATTORNEY GENERAL'S OFFICE; JON OZMINT, Director of SCDC; GENERAL COUNSEL OF SCDC; IGC, at Perry Corrections; CORPORAL YARBOUGHT, of property control at McCormick Prison, in their individual and official capacity,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Timothy M. Cain, District Judge. (3:11-cv-00508-TMC)

Submitted: July 19, 2012          Decided: July 23, 2012

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shaheen Cabbagestalk, Appellant Pro Se. Alissa Robyn Collins, James Albert Stuckey, Jr., STUCKEY LAW OFFICES, PA, Charleston, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaheen Cabbagestalk appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cabbagestalk v. Terry, No. 3:11-cv-00508-TMC (D.S.C. Feb. 13, 2012). We deny Cabbagestalk's motions to impose sanctions and to enforce separation and restraining order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED